FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL - 6 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 4:17CR 00180 DPM |
| v. ) | |
| ) | 21 U.S.C. § 841(a)(1) and (b)(1)(B) |
| LEON ANTWOINE DAVIS a/k/a "Leo ) | |
| Davis" a/k/a "Squeaky" ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 13, 2016, in the Eastern District of Arkansas, the defendant, LEON ANTWOINE DAVIS a/k/a "Leo Davis" a/k/a "Squeaky", knowingly and intentionally distributed more than 5 grams but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance.

These acts are all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

### COUNT 2

On or about July 12, 2016, in the Eastern District of Arkansas, the defendant, LEON ANTWOINE DAVIS a/k/a "Leo Davis" a/k/a "Squeaky", knowingly and intentionally distributed more than 5 grams but less than 50 grams of methamphetamine (actual), a Schedule II controlled substance.

These acts are all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATION 1

Upon conviction of any count of this indictment, the defendant, LEON ANTWOINE DAVIS a/k/a "Leo Davis" a/k/a "Squeaky", shall forfeit the United States, under 21 U.S.C.

§ 853(a)(1), all property constituting, or derived from, any proceeds the defendant obtained, directly, or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of any count of this indictment, the defendant, LEON ANTWOINE DAVIS a/k/a "Leo Davis" a/k/a "Squeaky", shall forfeit the United States, under 21 U.S.C. § 853(a)(2), all of his property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

[End of Text. Signature Page Attached.]